# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2732 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 74 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 28447 |
| | : | |
| METHUSELAH Z.O. BRADLEY, IV, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 10th day of August, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Methuselah Z.O. Bradley, IV, is suspended from the Bar of this Commonwealth for a period of one year. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).